IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**  Cr. Case No: 17-648-FAB
**Plaintiff**

**vs.**

**Cesarín SANCHEZ MATOS [2]**
**Defendant**

# NOTICE OF APPEAL

**BEFORE THE HONORABLE COURT:**

Comes now, defendant, **Cesarín SANCHEZ MATOS [2]** and respectfully notifies this Court his intention of filing an appeal to the United States Court of Appeals of the First Circuit from the judgment and commitment order entered by the Court in this action on **July 10th 2018.**

WHEREFORE, defendant prays that this Court take notice of defendant, **Cesarín SANCHEZ MATOS'** intention to appeal the judgment entered on **July 10th 2018.**

Respectfully submitted. San Juan, Puerto Rico, July 19, 2018.

I certify: On this date, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

S/ **Luz M. Rios Rosario**
LUZ M. RIOS ROSARIO
USDC 126614
54 Coll y Toste Street
San Juan, Puerto Rico 00918
Tel. (787) 758-7600
(787) 396-2120
E-mail:   luzmrios.law@gmail.com